JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

ALICIA FASHEH,

Plaintiff,

v.

STEEL TECHNOLOGY LLC,

Defendant.

Case No. 8:26-cv-02097-DFM

ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND REQUIRING FILING OF DISMISSAL

On October 20, 2026, Plaintiff filed a Notice of Settlement, advising the Court that the parties have reached a settlement in principle resolving Plaintiff's individual claim in this action. See Dkt. 13.

Accordingly, the Court hereby orders all proceedings in this case stayed pending final settlement. It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **forty-five (45) days**, to reopen the action if settlement is not consummated. Plaintiff shall file a notice of dismissal no later than **December 4, 2026**. If no dismissal is filed, the Court will deem the matter dismissed at that time.

///

///

///

The Court retains full jurisdiction over this action, and this order shall not prejudice any party in the action.

Date: October 22, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge